IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| HARRY LEE BOGGS, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | CASE NO. 7:13-CV-0130-HL-TQL |
| | : | |
| WILLIAM ROBERTSON, *et. al.* | : | |
| | : | PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| Defendants. | : | BEFORE THE U. S. MAGISTRATE JUDGE |

## ORDER

Plaintiff **Harry Lee Boggs, Jr.,** , a state prisoner currently confined at the Valdosta State Prison, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. In an Order dated October 9, 2013 (Doc. 4), the undersigned ordered Plaintiff to pay the full filing fee or to file a proper motion to proceed *in forma* pauperis to include his prisoner account statement and a financial affidavit. Plaintiff was further ordered to re-file his complaint on proper § 1983 forms. Plaintiff was given twenty-one days to comply. That deadline has now passed, and the Court has not received the documents as ordered.

THEREFORE, Plaintiff's case is hereby DISMISSED without prejudice for his failure to comply with the Court's Order and his failure to keep the Court appraised of his current address.

SO ORDERED, this 20th day of November, 2013.

s/HUGH LAWSON
UNITED STATES DISTRICT JUDGE